**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SHAWNTAY GILL, *

*Plaintiff,* *

v. * Case No.: 1:22-cv-02077-SAG

*

JUSTIN MALLOW

*

*Defendant.*

*

* * * * * * * * * * * * *

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, Justin Mallow, by his attorneys, Anthony G. Brown, Attorney General of Maryland, Amy E. Hott and Jennifer A. Jaskulski-Tripp, Assistant Attorneys General, pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure, state the following:

1. Plaintiff served a second set of Production of Documents on Defendant on July 12, 2024 requesting a number of additional documents from Defendant.
2. Defendant is in possession of documents involving a confidential informant that would be responsive to Plaintiff's Request 14. Defendant has serious concerns about the safety of this confidential informant should the paperwork be released. Defendant informed Plaintiff of the existence of the documents during a discovery discussion and Plaintiff indicated that they are requesting production despite the confidential nature. *See* Ex. A, Cert. of Good Faith.
3. Federal Rule 26 (c)(1) permits a party to file a motion for a protective order to seek to limit the availability or disclosure of evidence. Defendant seeks to prevent the disclosure of the documents involving a confidential informant due to the potential safety issues that go well beyond mere annoyance and embarrassment.

Wherefore Defendant respectfully requests that this honorable Court:

A) Grant the requested Protective Order to prevent the release of any information or paperwork regarding a confidential informant; or in the alternative,

B) Set the matter in for a hearing for the Court to conduct an in-camera review of the documents to determine an appropriate disclosure method that will result in the protection of the confidential informant.

August 14, 2024

Respectfully submitted,

Anthony G. Brown
Attorney General of Maryland

/S/Amy E. Hott
Amy E. Hott
(Bar. No 27823)
Jennifer Jaskulski-Tripp
(Bar. No 30796)
Assistant Attorneys General
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4452 (telephone)
(410) 653-4270 (facsimile)
amy.hott@maryland.gov
Jennifer.jaskulski-tripp@maryland.gov
*Attorneys for the Defendant*