**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SHAWNTAY GILL, *

*Plaintiff,* *

v. * Case No.: 1:22-cv-02077-SAG

*

JUSTIN MALLOW

*

*Defendant.*

*

* * * * * * * * * * * * *

# ORDER

Upon consideration of Defendants Motion for Protective Order, and any response from Plaintiff, it is this __________ day of _____________, 2024, by the United States District Court for the District of Maryland, hereby **ORDERED**:

That the Defendants Motion for Protective Order is __________________ and the documents regarding a confidential informant need not be released; or

That the Defendants Motion for Protective Order is _______________ and the court will set the matter in for an in-camera review of the documents.

______________________________

Judge, UNITED STATES DISTRICT COURT